| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | SAVITH IYENGAR (CABN 268342)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 6 | Fax: (415) 436-6748<br>savith.iyengar@usdoj.gov |
| 7 | |
| 8 | Attorneys for Plaintiff UNITED STATES<br>DEPARTMENT OF STATE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF STATE, | ) | CASE NO. 19-cv-04094-HSG |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER MODIFYING CASE SCHEDULE** |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE OWEN and ALEXANDRA OWEN, | ) | |
| | ) | |
| Defendants. | ) | |

Due to work disruptions and absences in light of the COVID-19 virus, plaintiff United States Department of State ("Plaintiff") and defendants Bruce Owen and Alexandra Owen ("Defendants"), by and through their undersigned counsel, hereby STIPULATE AND REQUEST that the Court modify the case schedule in this action by extending the parties' next five deadlines as follows:

| Event | Deadline |
|---|---|
| Exchange Opening Expert Reports | ~~March 27, 2020~~ **April 24, 2020** |
| Exchange Rebuttal Expert Reports | ~~April 10, 2020~~ **May 8, 2020** |
| Deadline to Complete ADR | ~~April 10, 2020~~ **June 4, 2020** |
| Close of Expert and Fact Discovery | ~~April 24, 2020~~ **June 4, 2020** |
| Dispositive Motion Hearing Deadline | ~~June 4, 2020, at 2:00 p.m.~~ **July 16, 2020, at 2:00 p.m.** |
| Pretrial Conference | August 11, 2020, at 3:00 p.m. |
| Jury Trial (5 Days) | August 24, 2020, at 8:30 a.m. |

AMENDED STIPULATION AND ORDER MODIFYING CASE SCHEDULE
19-CV-04094 HSG                                                                 1

SO STIPULATED.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: March 18, 2020          By:   */s/ Savith Iyengar*
                                     SAVITH IYENGAR
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff

                               By:   ***/s/ Daniel Berko*
                                     DANIEL BERKO
                                     Attorney for Defendants

                                     ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                     has obtained approval from this signatory.

## ORDER

IT IS HEREBY ORDERED that the parties' schedule in this action is modified by extending the parties' next five deadlines as follows:

| Event | Deadline |
|---|---|
| Exchange Opening Expert Reports | **April 24, 2020** |
| Exchange Rebuttal Expert Reports | **May 8, 2020** |
| Deadline to Complete ADR | **June 4, 2020** |
| Close of Expert and Fact Discovery | **June 4, 2020** |
| Dispositive Motion Hearing Deadline | **July 16, 2020, at 2:00 p.m.** |
| Pretrial Conference | August 11, 2020, at 3:00 p.m. |
| Jury Trial (5 Days) | August 24, 2020, at 8:30 a.m. |

SO ORDERED.

Dated: 3/19/2020

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

AMENDED STIPULATION AND ORDER MODIFYING CASE SCHEDULE
19-CV-04094 HSG                         2