1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
6      Fax: (415) 436-6748
       savith.iyengar@usdoj.gov
7
   Attorneys for Plaintiff UNITED STATES
8  DEPARTMENT OF STATE

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

| UNITED STATES DEPARTMENT OF STATE, | CASE NO. 19-cv-04094-HSG |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| BRUCE OWEN and ALEXANDRA OWEN, | |
| Defendants. | |

Having reviewed Plaintiff's administrative motion to extend case deadlines by five weeks due to work disruptions in light of the COVID-19 virus and Defendants' opposition, the Court hereby **GRANTS** Plaintiff's administrative motion and **EXTENDS** the case deadlines as follows:

| Event | Deadline |
|---|---|
| Exchange Opening Expert Reports | May 29, 2020 |
| Exchange Rebuttal Expert Reports | June 12, 2020 |
| Deadline to Complete ADR | July 9, 2020 |
| Close of Expert and Fact Discovery | July 9, 2020 |
| Dispositive Motion Hearing Deadline | August 20, 2020, at 2:00 p.m. |
| Pretrial Conference | Sept. 15, 2020, at 3:00 p.m. |
| Jury Trial (5 Days) | Sept. 28, 2020, at 8:30 a.m. |

1 **IT IS SO ORDERED.**

3 Dated: _____4/24/2020_____        _____
                                          HON. HAYWOOD S. GILLIAM JR.
4                                         United States District Judge