1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7200
6      Fax: (415) 436-6748
       savith.iyengar@usdoj.gov
7
   Attorneys for Plaintiff UNITED STATES
8  DEPARTMENT OF STATE

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 UNITED STATES DEPARTMENT OF          )  CASE NO. 19-cv-04094-HSG
   STATE,                               )
13                                      )  **FURTHER STIPULATION AND [PROPOSED]**
            Plaintiff,                   )  **ORDER MODIFYING CASE SCHEDULE**
14                                      )
      v.                                )
15                                      )
   BRUCE OWEN and ALEXANDRA OWEN,       )
16                                      )
            Defendants.                 )
17 _____ )

18        Plaintiff United States Department of State ("Plaintiff") and defendants Bruce Owen and

19 Alexandra Owen ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and

20 respectfully REQUEST that the Court modify the schedule in this action due to General Order No. 72-3,

21 which vacates the current trial date, as well as continued work disruptions due to the COVID-19 virus.

22        On March 19, 2020, the Court entered the parties' stipulation to modify the case schedule due to

23 work disruptions and absences in light of COVID-19. ECF No. 26. The modification involved

24 extending five upcoming deadlines, including the deadline to exchange opening expert reports, which

25 was extended to April 24, 2020. *Id.* Trial remained scheduled for August 24, 2020. *Id.*

26        On April 23, 2020, Plaintiff filed an administrative motion explaining that while Plaintiff and

27 Defendants had agreed that the Court should extend the case schedule in light of further work

28 disruptions due to COVID-19, they disagreed about how far. ECF No. 27. Plaintiff moved to extend all

1   deadlines by five weeks.  *Id.*  On April 24, 2020, the Court granted Plaintiff's motion, which extended

2   the deadline to exchange opening expert reports to May 29, 2020 and the trial to September 28, 2020.

3   ECF No. 28.

4          On May 21, 2020, the United States District Court, Northern District of California, issued

5   General Order No. 72-3, which vacated all civil jury trial dates through September 30, 2020.  General

6   Order No. 72-3 affects the instant action because the parties' jury trial is set to begin on September 28,

7   2020.  The parties also continue to be affected by work disruptions caused by the COVID-19 virus,

8   which has affected Plaintiff's expert's ability to conduct a site visit to assess the fair market rental value

9   of the property at issue in this case by the current deadline of May 29, 2020.  Nothing in this stipulation

10  waives Defendants' rights to object to any discovery, including a site visit, for any valid reason.

11         For these reasons, Plaintiff and Defendants stipulate and respectfully request that the Court

12  modify the case schedule in this action as follows:

| Event | Deadline |
|---|---|
| Exchange Opening Expert Reports | ~~May 29, 2020~~ **July 10, 2020** |
| Exchange Rebuttal Expert Reports | ~~June 12, 2020~~ **July 24, 2020** |
| Deadline to Complete ADR | ~~July 9, 2020~~ **August 20, 2020** |
| Close of Expert and Fact Discovery | ~~July 9, 2020~~ **August 20, 2020** |
| Dispositive Motion Hearing Deadline | ~~August 20, 2020~~ **Oct. 1, 2020**, at 2:00 p.m. |
| Pretrial Conference | ~~Sept. 15, 2020~~ **Oct. 27, 2020**, at 3:00 p.m. |
| Jury Trial (5 Days) | ~~Sept. 28, 2020~~ **Nov. 9, 2020**, at 8:30 a.m. |

       SO STIPULATED.

                                            Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

Dated: May 28, 2020          By:    */s/ Savith Iyengar*
                                            SAVITH IYENGAR
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

                             By:    ***/s/ Daniel Berko*
                                            DANIEL BERKO
                                            Attorney for Defendants

                                            ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                                has obtained approval from this signatory.

1

## [PROPOSED] ORDER

2

IT IS HEREBY ORDERED that the parties' schedule in this action is modified as follows:

3

| Event | Deadline |
|---|---|
| Exchange Opening Expert Reports | July 10, 2020 |
| Exchange Rebuttal Expert Reports | July 24, 2020 |
| Deadline to Complete ADR | August 20, 2020 |
| Close of Expert and Fact Discovery | August 20, 2020 |
| Dispositive Motion Hearing Deadline | Oct. 1, 2020, at 2:00 p.m. |
| Pretrial Conference | Oct. 27, 2020, at 3:00 p.m. |
| Jury Trial (5 Days) | Nov. 9, 2020, at 8:30 a.m. |

4

5

6

7

8

9

10

11

SO ORDERED.

12

13

Dated: _____5/29/2020_____

14

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28