DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Plaintiff UNITED STATES
DEPARTMENT OF STATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF STATE, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>BRUCE OWEN and ALEXANDRA OWEN, <br><br>　　　　Defendants. | CASE NO. 19-cv-04094-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DEADLINE** |

    Plaintiff United States Department of State ("Plaintiff") and defendants Bruce Owen and Alexandra Owen ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court modify the expert deadline in this action as follows:

    WHEREAS, on August 12, 2020, Plaintiff noticed the depositions of Defendants' experts Rachael Greiner and Claudio Bluer for August 18, and 20, 2020, respectively;

    WHEREAS, on August 13, 2020, Defendants' counsel notified Plaintiff's counsel that Mr. Bluer would be available for a deposition on August 20, 2020;

    WHEREAS, on August 17, 2020, Defendants' counsel notified Plaintiff's counsel that Ms. Greiner would not be available on August 18, 2020,

    WHEREAS, on August 18, 2020, Plaintiff filed an administrative motion seeking to modify the case deadlines, including extending the deadline to conduct all expert depositions until September 17,

1    2020, so they occur after Plaintiff's expert conducts his inspection by August 27, 2020 (ECF No. 51);

2    WHEREAS, Plaintiff's filing of the administrative motion in Plaintiff's view effectively served
3    to take the currently-noticed depositions off calendar until the parties received the Court's ruling on the
4    motion;

5    WHEREAS, in the evening of August 18, 2020, the Court issued its Amended Scheduling Order,
6    which exempts the deadlines for Plaintiff's supplemental expert report and to conduct supplemental
7    expert deposition from the close of discovery of August 20, 2020, and sets the deadline for Plaintiff's
8    supplemental expert report for September 3, 2020 and the deadline to conduct supplemental expert
9    deposition for September 10, 2020 (ECF No. 52);

10   WHEREAS, the Amended Scheduling Order states that "Plaintiff has indicated that it noticed
11   depositions of Defendant's experts on August 18 and 20, 2020," and orders that "[t]o the extent the
12   parties anticipated proceeding on these days, nothing in this amended scheduling order should affect
13   these depositions" (*id.* at 1 n.1);

14   WHEREAS, following the parties' review of the Amended Scheduling Order, Plaintiff was
15   unable to reschedule the deposition of Ms. Greiner for August 19, 2020 given the logistics involved in
16   rescheduling a deposition the same day;

17   WHEREAS, on August 19, 2020, Plaintiff's counsel inquired about resetting Mr. Bluer's
18   deposition on August 20, 2020, and Defendants' counsel informed Plaintiff's counsel that Mr. Bluer was
19   no longer available for a deposition on August 20, 2020;

20   WHEREAS Mr. Bluer is available for deposition on August 25, 2020;

21   WHEREAS, Plaintiff intends to reschedule the depositions of Defendants' experts previously
22   noticed for August 18 and 20, 2020, for a date after August 20, 2020, without potentially violating the
23   Amended Scheduling Order;

24   WHEREAS, on August 19, 2020, the parties met and conferred and are in the process of
25   rescheduling the depositions of Mr. Bluer and Ms. Greiner for the week of August 24, 2020 and August
26   31, 2020;

27   NOW, THEREFORE, IT IS HEREBY STIPULATED that Plaintiff will conduct the depositions
28   of Ms. Greiner and Mr. Bluer by September 10, 2020, as set forth above.

STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DEADLINE
19-CV-04094 HSG                                               2

**SO STIPULATED.**

                                              Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

Dated: August 20, 2020        By:   */s/ Savith Iyengar*
                                                  SAVITH IYENGAR
                                                  Assistant United States Attorney
                                                  Attorneys for Plaintiff

                                       By:   \*\**/s/ Daniel Berko*
                                                  DANIEL BERKO
                                                  Attorney for Defendants

                                              \*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that that Plaintiff is permitted to conduct the depositions of Defendants' experts by September 10, 2020.

SO ORDERED.

Dated: _____8/21/2020_____                                  _/s/ Haywood S. Gilliam Jr._
                                                          HON. HAYWOOD S. GILLIAM JR.
                                                          United States District Judge