1   DAVID L. ANDERSON (CABN 149604)
United States Attorney
2   SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3   SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney
4

5      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
     Telephone: (415) 436-7200
6      Fax: (415) 436-6748
     savith.iyengar@usdoj.gov
7

8   Attorneys for Plaintiff UNITED STATES
DEPARTMENT OF STATE

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12   UNITED STATES DEPARTMENT OF   )   CASE NO. 19-cv-04094-HSG
STATE,                             )
13                        )   **STIPULATION AND ORDER SETTING**
        Plaintiff,           )   **BRIEFING SCHEDULE FOR CROSS**
14                        )   **MOTIONS FOR SUMMARY JUDGMENT**
    v.                     )
15                        )
  BRUCE OWEN and ALEXANDRA OWEN,  )
16                        )
        Defendants.        )
17   _____)

18        Plaintiff United States Department of State ("Plaintiff") and defendants Bruce Owen and

19   Alexandra Owen ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and

20   respectfully REQUEST that the Court set the following schedule for the parties' cross motions for

21   summary judgment:

22       •   **September 10, 2020**:  Deadline for Plaintiff's <u>Combined</u> Opposition to Defendants' MSJ

23         (ECF No. 55) and Plaintiff's MSJ (30 pages)

24       •   **September 24, 2020**:  Deadline for Defendants' <u>Combined</u> Reply in Support of Defendants'

25         MSJ and Opposition to Plaintiff's MSJ (20 pages)

26       •   **October 1, 2020:**  Deadline for Plaintiff's Reply in Support of Plaintiff's MSJ (15 pages)

27       •   **October 15, 2020, at 2:00 p.m.:**  Hearing on Parties' Cross Motions for Summary Judgment

28

1         The parties respectfully submit this proposed schedule as a more efficient way to resolve the

2  parties' cross-motions for summary judgment than separate briefing on each motion, which would

3  involve six briefs (rather than four), an additional 40 pages of briefing, and potentially two separate

4  hearings.  This proposed schedule would also not affect the deadlines set by the Court in this case, since

5  the proposed deadlines and hearing date are consistent with the deadlines set by this Court (ECF No. 52)

6  and triggered by Defendants' filing of its MSJ on August 27, 2020.

7         The parties note that on August 28, 2020, the Court ordered Defendants to re-notice the hearing

8  on their MSJ.  ECF No. 56.  The parties believe this stipulation would address the Court's order by

9  setting the hearing on both parties' motions for summary judgment for October 15, 2020, at 2:00 p.m.

10         Pursuant to the Court's Civil Pretrial and Trial Standing Order, any *Daubert* challenge will be

11  due no later than 21 days prior to the date set for the Pretrial Conference, *i.e.*, by October 6, 2020.

12         SO STIPULATED.

13

14                                Respectfully submitted,

15

16                                DAVID L. ANDERSON
                                     United States Attorney

17  Dated: August 31, 2020      By:    */s/ Savith Iyengar*
                                  SAVITH IYENGAR

18                                Assistant United States Attorney
                                Attorneys for Plaintiff

19

20                  By:    \*\**/s/ Daniel Berko*
                                DANIEL BERKO

21                                Attorney for Defendants

22                          \*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                has obtained approval from this signatory.

23

24

25

26

27

28

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
19-CV-04094 HSG               2

## __ORDER__

IT IS HEREBY ORDERED that the parties' briefing schedule for their cross motions for summary judgment is as follows:

- **September 10, 2020**:  Deadline for Plaintiff's <u>Combined</u> Opposition to Defendants' MSJ (ECF No. 55) and Plaintiff's MSJ (no more than 30 pages)

- **September 24, 2020**:  Deadline for Defendants' <u>Combined</u> Reply in Support of Defendants' MSJ and Opposition to Plaintiff's MSJ (no more than 20 pages)

- **October 1, 2020:**  Deadline for Plaintiff's Reply in Support of Plaintiff's MSJ (no more than 15 pages)

- **October 15, 2020, at 2:00 p.m.:**  Hearing on Parties' Cross Motions for Summary Judgment

Any *Daubert* challenge will be due no later than 21 days prior to the date set for the Pretrial Conference, *i.e.*, by October 6, 2020.

SO ORDERED.

Dated: 9/1/2020

_____
HON. HAYWOOD S. GILLIAM JR.
United States District Judge