Daniel Berko (SBN: 94912)
**LAW OFFICE OF DANIEL BERKO**
819 Eddy St
San Francisco, CA, 94109
Tel: (415) 771-6174
Fax: (415) 474-3748
Email:  daniel@berkolaw.com

Attorney for Defendants,
Bruce Owen and Alexandra Owen

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF STATE ) | Case No.: 4:19-cv-04094-HSG |
| ) | |
| Plaintiffs, ) | **DEFENDANT BRUCE OWEN AND ALEXANDRA OWEN'S REQUEST FOR JUDICIAL NOTICE IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. ) | |
| ) | |
| BRUCE OWEN and ALEXANDRA OWEN ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | **DATE: October 15, 2020** |
| ) | **Time: 2:00 p.m.** |
| ) | **Courtroom 2-4th Floor** |
| ) | |

Defendants BRUCE OWEN and ALEXANDRA OWEN pursuant to Federal Rule of Evidence 201, respectfully requests that the Court take judicial notice of the following documents attached to the Declaration of Daniel Berko, filed herewith, in support of defendants' combined reply in support of defendants' motion for summary judgment or summary adjudication and their opposition to plaintiff, UNITED STATES DEPARTMENT OF STATE'S motion for summary judgment.

1 **Exhibit A:** The UNITED STATES OF AMERICA'S Memorandum of Points and
2 Authorities in Support of Motion to Quash Plaintiffs' Writs of Attachment Delivered to Bank of
3 America, Joseph j. Cicippio et al., v. The Islamic Republic of Iran, Civil Case No. 96-1805 (TPJ)
4 USDC for the District of Columbia,

5 Public records are proper subjects of judicial notice. Exhibit A is a public record of the
6 United States District Court for the District of Columbia and is listed in Pacer in that case and court.
7 See *City and County of San Francisco v. Sessions* 327 F.Supp.3d 928, 937 (N.D. Cal. 2019.)
8 Further under FRE 201(b), the document is "not subject to reasonable dispute" and 'can be
9 accurately and readily be determined from sources whose accuracy cannot reasonably be
10 questioned."

12 Dated: September 24, 2020

14                                        /s/ DANIEL BERKO