1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   J. WESLEY SAMPLES (CABN 321845)
4  Assistant United States Attorneys

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       Fax: (415) 436-6748
7      savith.iyengar@usdoj.gov

8  Attorneys for Plaintiff UNITED STATES
   DEPARTMENT OF STATE
9

   Daniel Berko (SBN: 94912)
10 LAW OFFICE OF DANIEL BERKO
   819 Eddy Street
11 San Francisco, CA 94109
   Telephone: (415) 771-6174
12 Fax: (415) 474-3748
   daniel@berkolaw.com
13

   Attorneys for Defendants BRUCE OWEN
14 AND ALEXANDRA OWEN

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF STATE, | CASE NO. 19-cv-04094-HSG |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| BRUCE OWEN and ALEXANDRA OWEN, | |
| Defendants. | |

27  ///

28  ///

STIPULATION OF DISMISSAL
19-CV-04094 HSG                        1

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the Stipulation of Settlement entered into by the parties to this action, with each party to bear its own costs and fees. *See* ECF No. 88.

IT IS SO STIPULATED.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: March 4, 2021        By:   */s/ Savith Iyengar*
                                  SAVITH IYENGAR
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


LAW OFFICE OF DANIEL BERKO

Dated: March 4, 2021        By:   ***/s/ Daniel Berko*
                                  DANIEL BERKO
                                  Attorney for Defendants

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.